IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENNETH LERAINE WILLIAMS,

      Appellant,

 v.

Case No.  5D22-1419
LT Case Nos. 2019-CF-00817
                2021-CF-00793

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 11, 2023

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.